UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x

Trustees of the Operating Engineers Local 137, 137A, 137B, 137C & 137R Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers, Local 137, 137A, 137B, 137C & 137R,

Index # 18-CV-8167 (NSR)

Plaintiffs,

VOLUNTARY
NOTICE OF DISMISSAL

-against-

AMEC COMMERCIAL, LLC,

Defendant.

---------------------------------------------------------------------------x

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action without prejudice.

Dated: June 7, 2019
Elmsford, New York

BARNES, IACCARINO
& SHEPHERD, LLP

Giacchino J. Russo, Esq. (GR8313)
Attorney for Plaintiffs
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515